MARC E. MAYER (SBN 190969)
mem@msk.com
MARK C. HUMPHREY (SBN 291718)
mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-04075 <br><br> **CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES OF PLAINTIFF ACTIVISION PUBLISHING, INC. PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1** |

Mitchell Silberberg & Knupp LLP

**CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Activision Publishing, Inc. ("Plaintiff"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Activision Publishing, Inc. is a wholly-owned subsidiary of Activision Blizzard, Inc.
2. Activision Blizzard, Inc. is a wholly owned subsidiary of Microsoft Corp., which is a publicly traded company.

DATED: May 7, 2025

MARC E. MAYER
MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Mark C. Humphrey (SBN 291718)
Attorneys for Activision Publishing, Inc.