## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTVISION PUBLISHING, INC. | CASE NUMBER |
| | 2:25-cv-04075-CAS-BFMx |
| PLAINTIFF(S)/PETITIONER(S) | |
| v. | |
| RYAN ROTHHOLZ, ET AL. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 23-05** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in named parties in this case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 23-05.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

May 12, 2025
_____
Date

*Christine A. Snyder*
_____
United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Sherilyn Peace Garnett___. On all documents subsequently filed in this case, please substitute the initials ___SPG___ after the case number in place of the initials of the prior judge so that the case number will read: ___2:25-cv-04075 SPG (BFMx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*