MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718)
  mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-04075-SPG-(BFM*x*) <br><br> Judge: Hon. Sherilyn Peace Garnett <br><br> **PROOF OF SERVICE OF SUMMONS ON DEFENDANT COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex** <br><br> Filed: May 7, 2025 |

| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-312-2000<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>40113-000120 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: ACTIVISION PUBLISHING, INC.<br>Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court-Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

3. a: Party served: COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"
   b. Person served: Party served in 3a.

4. Address where the party was served: 17 Cottage Street, Carbondale, PA 18407

5. I served the party:
   a. by substituted service. On: Tue, May 13 2025 at: 02:22 PM by leaving the copies with or in the presence of: Mike Staples, Grandfather/Co-Occupant

   (1) [X] (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) [ ] (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] (Declaration of Mailing) is attached.
   (4) [ ] (Declaration of Diligence) attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

13307812
(17240203)
Page 1 of 2

| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-312-2000<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>40113-000120 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: ACTIVISION PUBLISHING, INC.<br>Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Francis Jolley
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $338.65
   e. I am: Not A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5-16-25
(Date)                                              (Signature)



| Attorney or Party without Attorney: <br> MARC E. MAYER (SBN 190969) <br> MITCHELL SILBERBERG & KNUPP LLP <br> 2049 Century Park East 18th Floor <br> Los Angeles, CA 90067 <br> Telephone No: 310-312-2000 <br> Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: 40113-000120 | |

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: ACTIVISION PUBLISHING, INC. <br> Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL |
|---|

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court-Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Wed, May 14, 2025
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"
      17 Cottage Street, Carbondale, PA 18407

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, May 14, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. Person Serving:
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

05/15/2025
(Date)                     (Signature)

Judicial Council Form                PROOF OF SERVICE              13307812
Rule 2.150.(a)&(b) Rev January 1, 2007    BY MAIL                  (17240203)