MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718)
  mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | CASE NO. 2:25-cv-04075-SPG-(BFM*x*) |
| Plaintiff, | Judge: Hon. Sherilyn Peace Garnett |
| v. | **PROOF OF SERVICE OF SUMMONS ON DEFENDANT RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"** |
| RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive, | Filed: May 7, 2025 |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

20756104.1

| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>  Telephone No: 310-312-2000<br><br>  Attorney For:   Plaintiff | For Court Use Only |
|---|---|
|            *Ref. No. or File No.:*<br>           40113-000120 | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT OF CALIFORNIA

| *Plaintiff:* ACTIVISION PUBLISHING, INC. |
|---|
| *Defendant:* RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court–Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

3.   *a.*   *Party served:*     RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"
    *b.*   *Person served:*   "Jane Doe", Co-Occupant

4.   *Address where the party was served:*   3657 Burwick Place, Antioch, TN 37013

5.   *I served the party:*
    a. **by substituted service.**   On: Thu, May 15 2025 at: 09:57 AM by leaving the copies with or in the presence of:
                  "Jane Doe", Co-Occupant
                  *(Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'10"; Hair: White)*

    (1)   [ X ]   **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
    (2)   [   ]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
    (3)   [ X ]   **(Declaration of Mailing)** is attached.
    (4)   [ X ]   **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MARC E. MAYER (SBN 190969) MITCHELL SILBERBERG & KNUPP LLP 2049 Century Park East 18th Floor Los Angeles, CA 90067 *Telephone No:* 310-312-2000 | | |

| *Attorney For:* Plaintiff | *Ref. No. or File No.:* 40113-000120 |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA |

| *Plaintiff:* ACTIVISION PUBLISHING, INC. |
|---|
| *Defendant:* RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Anthony Burlew
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

             d. *The Fee* for Service was:  $647.91

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

         05/15/2025
           (Date)               (Signature)



PROOF OF
SERVICE

13307721
(17240193)
Page 2 of 2

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-312-2000<br><br>Attorney For: Plaintiff | |

| Ref. No. or File No.:<br>40113-000120 |
|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT<br>for the CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff: ACTIVISION PUBLISHING, INC.
Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court−Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, May 15, 2025
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"
           3657 Burwick Place, Antioch, TN 37013

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, May 15, 2025 in the ordinary course of business.*

5. *Person Serving:*
   a. THOMAS TILCOCK                      **d.** *The Fee for Service was:*   $647.91
   **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

        05/15/2025
        *(Date)*                      *(Signature)*



| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>　Telephone No:  310-312-2000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>40113-000120 | | | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff:  ACTIVISION PUBLISHING, INC.<br>Defendant:  RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp,"<br>　　　　　"Joker0699," and "Joker"; ET AL |
|---|

| AFFIDAVIT OF<br>DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

1.　I, Anthony Burlew, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker" as follows:

2.　*Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court–Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

| Attempt Detail |
|---|

1) Unsuccessful Attempt on: May 13, 2025, 2:00 pm CDT at 3657 Burwick Place, Antioch, TN 37013
There was no answer but I heard someone telling the dog to be quiet. A package was on the door with the subject's last name.

2) Unsuccessful Attempt on: May 15, 2025, 9:24 am CDT at 3657 Burwick Place, Antioch, TN 37013
There was no answer. Multiple cars were in the driveway. Dogs were barking and then suddenly stopped.

3) Successful Attempt on: May 15, 2025, 9:57 am CDT at 3657 Burwick Place, Antioch, TN 37013 received by "Jane Doe", Co-Occupant.
*(Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'10"; Hair: White)*

3.　**Person Who Served Papers:**
　　a. Anthony Burlew
　　b. **FIRST LEGAL**
　　　1517 W. Beverly Blvd.
　　　LOS ANGELES, CA 90026
　　c. (213) 250-1111

　　　　　　　　　　　　d. **The Fee** for Service was: $647.91

4.　*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

　　　　　　　　　　　　05/15/2025
　　　　　　　　　　　　(Date)　　　　　　　　　　　　(Signature)

