# United States District Court

# Central District of California

ACTIVISION PUBLISHING, INC., Plaintiff,

v.

RYAN J. ROTHHOLZ, Defendant.

Case No. 2:25-cv-04075-SPG-BFM

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE

Having considered Defendant's Motion to Transfer Venue to the Southern District of New York, and any response thereto, the Court hereby ORDERS as follows:

1. Defendant's Motion to Transfer is GRANTED.

2. This case is hereby TRANSFERRED to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

Dated: _____

_____

Hon. Sherilyn Peace Garnett

United States District Judge