# United States District Court

# Central District of California

FILED
CLERK, U.S. DISTRICT COURT
6/5/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ACTIVISION PUBLISHING, INC., Plaintiff,

v.

RYAN J. ROTHHOLZ, Defendant.

Case No. 2:25-cv-04075-SPG-BFM

DECLARATION OF SERVICE

I, Ryan J. Rothholz, declare as follows:

1. I am the Defendant in this action, proceeding pro se.

2. On June 5, 2025, I served the following documents on counsel for Plaintiff via email:

- Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue
- [Proposed] Order Granting Motion to Dismiss
- Defendant's Motion to Transfer Venue to the Southern District of New York
- [Proposed] Order Granting Motion to Transfer Venue

3. I sent the documents via email to Plaintiff's counsel at the following address:

   [Insert Plaintiff's Attorney's Email Address Here]

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 5, 2025 in Nashville, Tennessee.

_____

Ryan J. Rothholz