# United States District Court

# Central District of California

ACTIVISION PUBLISHING, INC., Plaintiff,

v.

RYAN J. ROTHHOLZ, Defendant.

Case No. 2:25-cv-04075-SPG-BFM

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Having considered Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, and any response thereto, the Court hereby ORDERS as follows:

1. Defendant's Motion to Dismiss is GRANTED.

2. This case is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: _____

_____

Hon. Sherilyn Peace Garnett

United States District Judge