UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04075-SPG-BFM | Date | July 11, 2025 |
|---|---|---|---|
| Title | Activision Publishing, Inc. v. Rothholz, et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT  UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez  Deputy Clerk | Not Reported  Court Reporter / Recorder |
| Attorneys Present for Plaintiff:  Not Present | Attorneys Present for Defendants:  Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER STRIKING DEFENDANT RYAN ROTHHOLZ'S MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF NEW YORK [ECF NO. 18] AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE [ECF NO. 19]**

Before the Court are the Motion to Transfer Venue to Southern District of New York (ECF No. 18 ("Motion to Transfer")) and Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (ECF No. 19 ("Motion to Dismiss")), both filed by Defendant Ryan Rothholz ("Defendant") on July 3, 2025.

Although Defendant is proceeding pro se, i.e., without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Motions to Transfer and Dismiss do not comply with the Local Rules and the Court's Standing Order. *See* (ECF No. 12 ("Standing Order")). In particular, the Motions do not include a signed statement under penalty of perjury that Defendant complied with Local Rule 7-3, which requires that Defendant meet-and-confer with opposing counsel by videoconference or in person at least seven calendar days prior to filing a Motion to "discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." C.D. Cal. L.R. 7-3; (Standing Order at 10). Additionally, neither Motion sets a hearing date, as required by Local Rules 6 and 7. (Standing Order at 11).

Defendant should be aware of these requirements for filing motions. On June 5, 2025, Defendant filed a motion to dismiss for lack of personal jurisdiction and improper venue (ECF No. 13), and a motion to transfer venue (ECF No. 14). Defendant's June 5, 2025, motions are substantially similar to the Motions Transfer and Dismiss filed by Defendant on July 3, 2025. On June 12, 2025, the Court struck Defendants' June 5, 2025, motions for failing to comply with Local Rule 7-3 by including a signed statement that Defendant met and conferred with opposing counsel and for failing to set a hearing date. (ECF No. 17("June 12 Order")). In the Court's June 12 Order, the Court granted Defendant leave to refile the motions "curing the deficiencies identified in th[e] [June 12] Order." (*Id.* at 1). However, the July 3, 2025, Motions

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04075-SPG-BFM | Date | July 11, 2025 |
| Title | Activision Publishing, Inc. v. Rothholz, et al. | | |

to Transfer and Dismiss do not cure the deficiencies identified in the June 12 Order because they do not comply with Local Rule 7-3 or set a hearing date.

Accordingly, the Court STRIKES the Motion to Transfer (ECF No. 18) and Motion to Dismiss (ECF No. 19), without prejudice to refiling the Motion to Dismiss and Motion to Transfer within 21 calendar days of the entry of this Order, curing the deficiencies identified in this Order. If Defendant chooses to refile the Motion to Transfer and Motion to Dismiss, such filings must be accompanied by a declaration signed under penalty of perjury that Defendant has complied with Local Rule 7-3 and must set a hearing date on a Wednesday no fewer than 28 days after the date of filing of the Motions. Defendant's failure to comply with the Court's orders, Local Rules, and Federal Rules of Civil Procedure may result in sanctions.

The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules. The Federal Rules of Civil Procedure can be found at https://www.law.cornell.edu/rules/frcp. The Court cannot provide legal advice to any party, including a party who is not represented by a lawyer. There is a free "Pro Se Clinic" that can provide information and guidance about many aspects of civil litigation in this Court. Public Counsel runs a free Federal Pro Se Clinic where self-represented litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012, and open by appointment only. More information on the Pro Se Clinic can be found at https://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**

                                                                                          :

Initials of Preparer   pg