MARC E. MAYER (SBN 190969)
mem@msk.com
MARK C. HUMPHREY (SBN 291718)
mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | CASE NO. 2:25-cv-04075-SPG-(BFMx) |
| Plaintiff, | Judge: Hon. Sherilyn Peace Garnett |
| v. | **DECLARATION OF MARK C. HUMPHREY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT JORDAN NEWCOMBE BOOTHEY** |
| RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive, | |
| | [*Ex Parte* Application and (Proposed) Order filed concurrently herewith] |
| Defendants. | Filed: May 7, 2025 |

Mitchell Silberberg & Knupp LLP
20976199.1

**DECLARATION OF MARK C. HUMPHREY IN SUPPORT OF *EX PARTE* APPLICATION REQUESTING ENTRY OF DEFAULT**

# DECLARATION OF MARK C. HUMPHREY

I, MARK C. HUMPHREY, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this United States District Court. I am a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiff Activision Publishing, Inc. ("Activision"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the proof of service on file with the Court as Docket No. 26, reflecting that Defendant Jordan Newcombe Boothey ("Boothey") was served with the Summons and Complaint in accordance with the Hague Convention on June 24, 2025.

3. More than 21 days have elapsed since the date on which service of the Complaint was effective.

4. Neither Activision nor the Court have granted Boothey any extension of time to respond to the Complaint. Boothey has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Activision's attorneys of record.

5. Based on an investigation conducted at my request, I am informed and believe that Boothey is an adult, and thus is not an infant or an incompetent person. Nor do I have any reason to believe that Boothey is an adult individual who is in the active service, active duty or military service of the United States or any branch of the military service of the United States, as defined in 50 U.S.C. App. § 511. I am aware of no other facts contradicting the foregoing or otherwise suggesting that Defendant Boothey is an active service member as defined in 50 U.S.C. App. § 511.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2025, at Los Angeles, California.

*/s/ Mark C. Humphrey*
Mark C. Humphrey

# EXHIBIT 1

| | |
|---|---|
| MARC E. MAYER (SBN 190969)<br>  mem@msk.com<br>MARK C. HUMPHREY (SBN 291718)<br>  mxh@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA  90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100<br><br>Attorneys for Activision Publishing, Inc. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive,<br><br>           Defendants. | CASE NO. 2:25-cv-04075-SPG-(BFMx)<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>**PROOF OF SERVICE OF SUMMONS ON DEFENDANT JORDAN NEWCOMBE BOOTHEY**<br><br>Complaint Filed: May 7, 2025 |

**TO THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE that** Plaintiff Activision Publishing, Inc. ("Plaintiff") effectuated service of the following initiating documents on Defendant **Jordan Newcombe Boothey**:

1. Summons in A Civil Action;
2. Complaint;
3. Civil Cover Sheet;
4. Corporate Disclosures;
5. Notice of Assignment to United States Judges;
6. Notice to Parties Re ADR Program;
7. Order to Reassign Case.

These initiating documents were served by the following method:

A. Service pursuant to FRCP 4(f)(1): Under Article 5 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; on June 24, 2025, see **Exhibit A**.

DATED: August 7, 2025
MARC E. MAYER
MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Mark C. Humphrey (SBN 291718)
Attorneys for Activision Publishing, Inc.

# EXHIBIT A

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| **ACTIVISION PUBLISHING, INC.** | Plaintiff/Petitioner | Cause #: | **2:25-cv-04075-CAS** |
| vs. | | | |
| **RYAN ROTHHOLZ, ET AL.,** | Defendant/Respondent | | **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CORPORATE DISCLOSURES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES RE. ADR PROGRAM; ORDER TO REASSIGN CASE** |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.



**ABC Legal Services,**
1099 Stewart St, Suite 700, Seattle,
206-521-9000

Tracking #: **0171338674**

**ORIGINAL
PROOF OF SERVICE**

**Mitchell Silberberg & Knupp LLP**
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
310-312-2000

8

4
Page 1 of 1



www.courts.sa.gov.au
## COURTS ADMINISTRATION AUTHORITY
### District Court of South Australia Registry
Sir Samuel Way Building, Adelaide SA 5000
GPO Box 2465, Adelaide SA 5001
Telephone: (08) 8204 0289

4 July 2025

Private International and Commercial Law Section
Australian Government
Attorney-General's Department
Robert Garran Offices
3-5 National Circuit
BARTON ACT 2600



RECEIVED

JUL 3 0 2025

ABC Legal Services
1099 Stewart St Ste 700
Seattle, WA 98101

To Whom it may concern,

I refer to your request to serve documents **Jordan Newcombe Boothey of 32 Bevan Cresent Whyalla Stuart SA 5608**

Service has been successful. A sign certificate of service is enclosed.
I return the documents to you with a service report from the process server.

Yours faithfully

*[signature]*

A/DEPUTY REGISTRAR
**Higher Courts Registry**

9
5



**Courts Administration Authority**
SOUTH AUSTRALIA

The Sheriff's Office
Adelaide

Sir Samuel Way Building
Victoria Square
Adelaide SA 5000

Postal Address
GPO Box 798
Adelaide SA 5001

General Enquiries
Phone 08 8204 0154
Facsimile 08 8204 0162

www.courts.sa.gov.au

3 July 2025

Tanya Weeding
Registry Coordinator
Higher Court

Dear Tanya

**Service of Foreign Documents - Hague Convention–Jordan Newcombe Boothey**
**Our Reference: SHO-25-004660**

I advise that the documents in the above action have been served as requested. I now enclose the Affidavit of Service duly completed.

Yours faithfully,

Leslie Turner
Sheriff of South Australia

enc

10
6

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

I, Matthew John Stephens, Sheriffs officer

1) that the document has been served*
   the (date) Tuesday 24 June 2025 at 9:20am
   at (place, street, number) 32 Bevan Cr, Whyalla Stuart SA 5608

   in one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*

   ☒ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person) Gordon Newcombe Boothey

   relationship to the addressee family, business, or other
   Addressee personally

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

Done at Tornsville, the 25th June 2025

Signature and/or stamp
PETER ANTONIOU J.P. 25790
A JUSTICE OF THE PEACE
FOR SOUTH AUSTRALIA

In appropriate cases, documents establishing the service:




Tracking #: 0171338674

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used) **11**
* Delete if inappropriate

7