|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | CASE NO. 2:25-cv-04075-SPG-(BFMx) |
| Plaintiff, | Judge: Hon. Sherilyn Peace Garnett |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION REQUESTING ENTRY OF DEFAULT AGAINST DEFENDANT JORDAN NEWCOMBE BOOTHEY** |
| RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive, | |
| Defendants. | Filed: May 7, 2025 |

**[PROPOSED] ORDER**

Mitchell Silberberg & Knupp LLP

20976361.1

# [PROPOSED] ORDER

On August 20, 2025 Plaintiff Activision Publishing, Inc. ("Plaintiff" or "Activision") filed an *ex parte* Application Requesting Entry of Default Against Defendant Jordan Newcombe Boothey (the "Application"). Having considered the papers, arguments, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's Application is hereby **GRANTED** in its entirety;
2. Default will be entered against Defendant Jordan Newcombe Boothey.

**IT IS SO ORDERED.**

DATED: _____, 2025

                                                Honorable Sherilyn Peace Garnett
                                                United States District Judge