MARC E. MAYER (SBN 190969)
  mem@msk.com
MARK C. HUMPHREY (SBN 291718)
  mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., | CASE NO. 2:25-cv-04075-SPG-(BFMx) |
| Plaintiff, | Judge: Hon. Sherilyn Peace Garnett |
| v. | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT COLLIN GYETVAI** |
| RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive, | **DECLARATION OF MARK C. HUMPHREY IN SUPPORT THEREOF**<br><br>Filed: May 7, 2025 |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Activision Publishing, Inc. ("Plaintiff" or "Activision") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Collin Gyetvai a /k / a "Cid" and "CollinOnDex" ("Gyetvai") on the grounds that Gyetvai has failed to appear or otherwise respond to the operative Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Mark C. Humphrey ("Humphrey Decl.") ¶¶ 2-5.

Plaintiff filed its Complaint on May 7, 2025. (Dkt. 1); Humphrey Decl. ¶ 2. Activision served the Summons and Complaint on Gyetvai on May 13, 2025, as evidenced by the proof of service on file with this Court. Humphrey Decl. ¶ 3; *see* Dkt. 10.

Neither Activision nor the Court have granted Gyetvai any extensions of time to respond to the Complaint. Humphrey Decl. ¶ 4. Activision is informed and believes that Gyetvai is not an infant or incompetent person or in the military service. *Id*. ¶ 5.

Thus, it is appropriate to enter default in this matter against Defendant Gyetvai for failure to timely appear or otherwise respond to the Complaint.

DATED: AUGUST 20, 2025          MARC E. MAYER
                                MARK C. HUMPHREY
                                MITCHELL SILBERBERG & KNUPP LLP

                                By: */s/ Mark C. Humphrey*
                                    Marc E. Mayer (SBN 190969)
                                    Mark C. Humphrey (SBN 291718)
                                    Attorneys for Activision Publishing, Inc.

Mitchell Silberberg & Knupp LLP
20976496.1

## DECLARATION OF MARK C. HUMPHREY

I, MARK C. HUMPHREY, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this United States District Court. I am a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Plaintiff Activision Publishing Inc. ("Activision"). Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto.

2. Activision's Complaint in this action was filed on May 7, 2025. A Summons on the Complaint was issued by the Court for Gyetvai on May 12, 2025. (Dkt. 8).

3. Following receipt of the Summons from the Court, my office caused the Complaint to be served on Gyetvai via substitute service on a co-occupant at Gyetvai's residence in Pennsylvania. Attached hereto as **Exhibit 1** is a true and correct copy of the proof of service on file with the Court (Dkt. 10), reflecting that Gyetvai was served with the Summons and Complaint on May 13, 2025.

4. Neither Activision nor the Court has granted Gyetvai any extension of time to respond to the Complaint. Gyetvai has failed to answer or otherwise respond to the Complaint within the required period, or to serve a copy of any answer or other response upon Activision's attorneys of record.

5. Based on an investigation conducted at my request, I am informed and believe that Gyetvai is an adult, and thus is not an infant or an incompetent person. Nor do I have any reason to believe Gyetvai is an adult individual who is in the active service, active duty or military service of the United States or any branch of the military service of the United States, as defined in 50 U.S.C. App. § 511. I am not aware of any other facts contradicting the foregoing or otherwise suggesting that Defendant Gyetvai is an active service member as defined in 50 U.S.C. App. § 511.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed on August 20, 2025, at Los Angeles, California.
5
6                                   */s/ Mark C. Humphrey*
                                 Mark C. Humphrey

# EXHIBIT 1

| | |
|---|---|
| MARC E. MAYER (SBN 190969)<br>   mem@msk.com<br>MARK C. HUMPHREY (SBN 291718)<br>   mxh@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA  90067-3120<br>Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100 | |

Attorneys for Activision Publishing, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive,<br><br>       Defendants. | CASE NO. 2:25-cv-04075-SPG-(BFM*x*)<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>**PROOF OF SERVICE OF SUMMONS ON DEFENDANT COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex**<br><br>Filed: May 7, 2025 |

Mitchell
Silberberg &
Knupp LLP

20738598.1

**PROOF OF SERVICE OF SUMMONS**

6

| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-312-2000<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>40113-000120 | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: ACTIVISION PUBLISHING, INC.
Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court-Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

3. a: Party served: COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"
   b. Person served: Party served in 3a.

4. Address where the party was served: 17 Cottage Street, Carbondale, PA 18407

5. I served the party:
   a. by substituted service. On: Tue, May 13 2025 at: 02:22 PM by leaving the copies with or in the presence of:
   Mike Staples, Grandfather/Co-Occupant

   (1) [X]  (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) [ ]  (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  (Declaration of Mailing) is attached.
   (4) [ ]  (Declaration of Diligence) attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

13307812
(17240203)
Page 1 of 2

7

| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-312-2000<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>40113-000120 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: ACTIVISION PUBLISHING, INC.<br>Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL | | |
| PROOF OF SERVICE | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |

6. **Person Who Served Papers:**
   a. Francis Jolley
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $338.65
   e. I am: Not A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

5-16-25
(Date)          (Signature)



PROOF OF SERVICE

13307812
(17240203)
Page 2 of 2

| Attorney or Party without Attorney:<br>MARC E. MAYER (SBN 190969)<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East 18th Floor<br>Los Angeles, CA 90067<br>Telephone No: 310-312-2000<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>40113-000120 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: ACTIVISION PUBLISHING, INC.<br>Defendant: RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; ET AL |
|---|

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-04075-CAS (BFMx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosures And Notice Of Interested Parties Of Plaintiff Activision Publishing, Inc. Pursuant To Fed. R. Civ. P. 7.1 And Local Rule 7.1-1; Notice of Assignment to United States Judges; Notice To Parties Of Court-Directed ADR Program; Order To Reassign Case Due To Self-Recusal Pursuant To General Order 23-05

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Wed, May 14, 2025
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"
                            17 Cottage Street, Carbondale, PA 18407

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, May 14, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. Person Serving:
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

05/15/2025
(Date)                     (Signature)

Judicial Council Form                PROOF OF SERVICE         13307812
Rule 2.150.(a)&(b) Rev January 1, 2007    BY MAIL             (17240203)

9