# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>RYAN ROTHHOLZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25-cv-04075-SPG-BFM<br><br>**NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Jordan Newcombe Boothey  for the following reason(s):

- _ No declaration as required by F.R.Civ.P 55(a)
- _ No proof of service/waiver of service on file
- _ The name of the person served does not exactly match the person named in complaint
- _ Proof of Service is lacking required information
- _ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _ Time to respond has not expired
- _ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- X Request for Entry of Default has been forwarded to the assigned Judge
- _ Party dismissed from action on
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- _ Other:

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _ No Entry of Default on file
- _ No declaration as required by F.R.Civ.P 55(b)
- _ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _ Amount sought is not for a sum certain or cannot be computed to a sum certain
- _ Attorney Fees sought not in compliance with Local Rule 55-3
- _ Amount sought for costs is incorrect
- _ Case terminated on
- _ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- _ Other:

CLERK, U.S. DISTRICT COURT

Date:  August 21, 2025          By:  /s/ *Ingrid Valdes*  
                                     Deputy Clerk
                                     ingrid_valdes@cacd.uscourts.gov