**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ACTIVISION PUBLISHING, INC.

                                    PLAINTIFF(S)

         v.

RYAN ROTHHOLZ, et al.

                                    DEFENDANT(S).

CASE NUMBER

2:25–cv–04075–SPG–BFM

**MOTION RE INFORMAL DISCOVERY DISPUTE**

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: Brianna Fuller Mircheff

Date/Time:        May 7, 2026 at  03:00 PM

Courtroom:        Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules Page

 April 30, 2026
     Date

By  /s/ Christianna Howard
    Deputy Clerk

CV–19 (11/21)         MOTION RE: INFORMAL DISCOVERY DISPUTE