UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:25-cv-04075-SPG-BFM **Date:** October 6, 2026

**Title:** *Activision Publishing, Inc. v. Ryan Rothholz*

===================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

Christianna Howard
Deputy Clerk

CourtSmart
Court Recorder

Attorneys Present for Plaintiff:
Marc Mayer and Marissa Lewis

Attorneys Present for Defendants:
Ryan Rothholz, pro se

**Proceedings: Minutes of Hearing on Motion for Sanctions (ECF 111)**

A hearing was held on Plaintiff's fully briefed Motion for Sanctions, premised on spoliation and intentional concealment of evidence. (ECF 111.) Counsel for Activision and Defendant Rothholz appear by Zoom. The Court advises the parties that, before putting questions to Rothholz concerning the discovery that has not been produced, Rothholz should have the opportunity to consult with counsel—including after referral to this District's pro bono panel, if necessary.

The Court therefore instructs Rothholz to file, **no later than October 13, 2026**, a declaration signed under penalty of perjury confirming what he told the Court during the hearing, i.e., that he would like counsel and lacks funds to retain counsel. If Rothholz submits such a declaration, the Court will evaluate his case for referral to the pro bono panel. Rothholz may, of course, retain counsel if he prefers.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:25-cv-04075-SPG-BFM **Date:** October 6, 2026

**Title:** *Activision Publishing, Inc. v. Ryan Rothholz*

The Court will issue further orders regarding the Motion once it has received Rothholz's submission.

cc: Counsel of Record
Ryan Rothholz, pro se

: 23
Initials of Preparer: ch