RYAN J. ROTHHOLZ
rrothholz@aol.com
3657 Burwick Place
Antioch, TN 37013-2553
Telephone: (646) 866-9554

*Defendant, Appearing Pro Se*

LODGED
CLERK, U.S. DISTRICT COURT
10/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ACTIVISION PUBLISHING, INC.,

Plaintiff,

v.

RYAN ROTHHOLZ a/k/a "Lerggy," "Lerg," "Lergster," "The Pimp," "Joker0699," and "Joker"; COLLIN GYETVAI a/k/a "Cid" and "CollinOnDex"; JORDAN NEWCOMBE BOOTHEY a/k/a "Bossnight55" and "Aussie"; DOE 1 a/k/a "Seemo"; DOE 2 a/k/a "CEO," "wndprochandler," and "8485"; and DOES 3 through 10, inclusive,

Defendants.

CASE NO. 2:25-CV-04075-SPG-BFM

The Honorable Sherilyn Peace Garnett

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS NEW CLAIMS AND THEORIES IN FIRST AMENDED COMPLAINT**

Having considered the papers, and finding that good cause exists, Defendant's Motion to Dismiss New Claims and Theories in the First Amended Complaint is **granted**.

**IT IS SO ORDERED.**

DATED ____________, 2026 ____________________________
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE