UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:25-cv-04075-SPG-BFM **Date:** November 4, 2026

**Title:** *Activision Publishing, Inc. v. Ryan Rothholz*

==========================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) Minutes Order Re: Pro Bono Appointment**

On October 6, 2026, the Court held a hearing on Plaintiff's fully briefed Motion for Sanctions, premised on spoliation and intentional concealment of evidence. (ECF 111.) The Court advised the parties that, given the possibility of overlapping civil and criminal liability in this area, Rothholz should have the opportunity to consult with counsel—including via referral to pro bono resources, if necessary—before answering further questions about outstanding discovery. The Court instructed Rothholz to provide a declaration stating whether he is financially able to retain counsel. The Court has now received such a declaration indicating that Rothholz is unable to retain counsel. (ECF 144.) The Court therefore referred the matter to the Court's Pro Bono Coordinator for placement with counsel.

The Pro Bono Coordinator has informed the Court that attorney Gabriel Luis Pardo of Cohen Williams LLP has indicated his willingness to accept a limited-purpose appointment of counsel for the purpose of fully advising Mr. Rothholz concerning his rights against self-incrimination. Such appointment shall be made pursuant to the Criminal Justice Act, 28 U.S.C. § 3006A, based

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:25-cv-04075-SPG-BFM **Date:** November 4, 2026

**Title:** *Activision Publishing, Inc. v. Ryan Rothholz*

on a finding that Mr. Rothholz is financially eligible and meets the criteria for appointment. Counsel may, at any point, seek to expand the scope of his limited appointment if he chooses, and may request any other orders he deems necessary to fulfill the limited purpose for which he has been appointed.

The Deputy Clerk is instructed to add Mr. Pardo to the docket to ensure that he receives notice of pertinent updates in the case.

Either Mr. Rothholz or Mr. Pardo shall file a status report proposing next steps for the pending motion, and a timeline for such steps, **no later than November 24, 2026**.

The Deputy Clerk is instructed to send a copy of this order to Mr. Pardo at the email address below, and to the Pro Bono Coordinator, Lauren Eskenazi-Ihrig.

cc: Counsel of Record
Ryan Rothholz, pro se
Gabriel Pardo, gpardo@cohen-williams.com
Lauren Eskenazi-Ihrig, Lauren_Eskenazi-Ihrig@cacd.uscourts.gov

Initials of Preparer: ch